IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDDIE JOSEPH BROWN, # 87813**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　　　**CIVIL NO. 1:16cv145-HSO-RHW**

**THERESSIA LYONS, DAWN
STOUGH, ROBERT MCCORMICK,
MITCH OWEN, DIANNE HERMAN-
ELLIS, and GEORGE HUFFMAN**　　　　　　　　　　　　　　**DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Court's Memorandum Opinion and Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim until such time as pro se Plaintiff Eddie Joseph Brown demonstrates that his State conviction has been invalidated via appeal, post conviction relief, habeas corpus relief, or otherwise. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2016.

　　　　　　　　　　　　　　　　　　　*s/ Halil Suleyman Ozerden*
　　　　　　　　　　　　　　　　　　　HALIL SULEYMAN OZERDEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE